**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) KATHLEEN HARRIS;<br>2) RUSTY HARRIS, both individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>1) DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | Case No. 15-cv-511-CVE-TLW |

**COMPLAINT**

COME NOW the Plaintiffs, Kathleen Harris and Rusty Harris, both individually and as husband and wife, by and through their attorney of record, Rusty Smith, and for their causes of action against the Defendant, Dick's Sporting Goods, Inc., allege and state as follows:

1. Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1332, in that Plaintiffs are residents of Cherokee County, State of Oklahoma. Defendant is a foreign corporation incorporated in the State of Delaware.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as the incident giving rise to Plaintiffs' causes of action occurred in Tulsa, Oklahoma.

3. On or about June 27, 2014, Plaintiff Kathleen Harris was seriously injured while shopping in the store owned and operated by the Defendant, Dick's Sporting Goods, Inc., located at 10021 East 71st Street, Tulsa, Oklahoma.

4. At the time of incident mentioned herein, Plaintiff Kathleen Harris was in the footwear department shopping for shoes. She was seated on a bench in the area that was provided by the Defendant for the convenience of its customers. Suddenly and without warning,

the bench slid backward, causing Plaintiff to fall to the floor and to land on a metal basket; Defendant had purposely placed the basket under the bench so that it could house shoe-measuring devices and courtesy socks for trying on shoes. Unfortunately, the basket contained a metal rod that protruded upward from the basket. Plaintiff Kathleen Harris sustained serious injuries when she was stabbed by the metal rod.

5. At the time of her injuries, Plaintiff Kathleen Harris was lawfully on the Defendant's premises as an invitee/customer.

6. Plaintiffs' injuries were and are due to the negligence, recklessness, wantonness and disregard for the safety of customers, including Plaintiffs, and due to Defendant's failure to maintain its premises in a safe condition.

7. As a result of Defendant's negligence, Plaintiff Kathleen Harris has incurred medical expenses, past, current and future physical pain and suffering, past, current and future mental pain and suffering, loss of enjoyment of life, and loss of marital services and consortium.

8. As a result of the incident complained-of herein, and as a result of the medical complications of his wife, Plaintiff Rusty Harris has sustained an extreme amount of emotional and mental distress, anguish, and upset, as well as a loss of marital services and consortium. All of these injuries are past, present, continuing, permanent, and expected to continue into the future.

9. The incident described herein was a direct result of the negligence of Defendant Dick's Sporting Goods, Inc., in that it failed to exercise reasonable care in maintaining their premises.

10. As a result of the above referenced acts, Plaintiffs, in their individual capacities and in their capacity as husband and wife, have each been damaged in an amount in

excess of $75,000.00.

WHEREFORE, Plaintiffs Kathleen Harris and Rusty Harris each pray for judgment against the Defendant, Dick's Sporting Goods, Inc., for actual damages in amounts in excess of the sum of $75,000.00, punitive damages in an amount in excess of $75,000.00, interest, costs, attorney fees, and all other relief this Court deems just and equitable.

Respectfully submitted,

BRENNAN, SMITH & CHERBINI, PLLC

/s/ Rusty Smith
417 W. Broadway / P.O. Box 1067
Muskogee, OK 74402-1067
Telephone: (918) 687-4400
Facsimile: (918) 687-4430
E-Mail: rsmith@muskogeelawyers.com
ATTORNEY FOR THE PLAINTIFFS

**ATTORNEY'S LIEN CLAIMED**