**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1)KATHLEEN HARRIS;<br>(2)RUSTY HARRIS, both individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>(1)DICK'S SPORTING GOODS, INC.<br><br>Defendant. | Case No.: 4:15-cv-511-CVE-TLW<br><br>*Honorable Claire Eagan* |

**DEFENDANT'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

For its Answer to Plaintiffs' Amended Complaint, Defendant Dick's Sporting Goods, Inc. states and alleges as follows:

1. Defendant admits the allegations in paragraph 1 of Plaintiffs' Amended Complaint to the extent that Defendant is a foreign corporation incorporated in the State of Delaware. Defendant does not have sufficient knowledge to admit or deny the remaining allegations in paragraph 1 of Plaintiffs' Amended Complaint.
2. Defendant admits the allegations in paragraph 2 of Plaintiffs' Amended Complaint.
3. Defendant denies the allegations in paragraph 3 of Plaintiffs' Amended Complaint.
4. Defendant denies the allegations in paragraph 4 of Plaintiffs' Amended Complaint.

5. Defendant admits the allegations in paragraph 5 of Plaintiffs' Amended Complaint to the extent that Plaintiff was on the premises of Defendant's location at 10021 East 71st St., Tulsa, Oklahoma. Defendant denies the remaining allegations in paragraph 5 of Plaintiffs' Amended Complaint.
6. Defendant denies the allegations in paragraph 6 of Plaintiffs' Amended Complaint.
7. Defendant denies the allegations in paragraph 7 of Plaintiffs' Amended Complaint.
8. Defendant denies the allegations in paragraph 8 of Plaintiffs' Amended Complaint.
9. Defendant denies the allegations in paragraph 9 of Plaintiffs' Amended Complaint.
10. Defendant denies the allegations in paragraph 10 of Plaintiffs' Amended Complaint.

**AFFIRMATIVE DEFENSES**

For its affirmative defenses, Defendant states as follows:

1. General denial of liability, negligence and damages.
2. Plaintiff's Amended Complaint has failed to state a claim upon which relief can be granted.
3. Contributory/comparative negligence on behalf of Plaintiffs.
4. The alleged incident was caused by the acts or omissions of 3rd parties not under the control of Defendant.

5. Plaintiffs' injuries, if any, were brought about by superseding and intervening causes.
6. Plaintiffs' injuries were the result of a pre-existing condition.
7. Plaintiffs' actions were the sole cause of any injuries.
8. Plaintiffs failed to mitigate their own damages.
9. Defendant owed Plaintiff no duty.
10. Assumption of the risk.
11. Defendant had no actual or constructive notice of any alleged dangerous condition.
12. The condition which Plaintiffs complain of was open and obvious.
13. Defendant reserves the right to amend its Answer, including asserting additional affirmative defenses.

Respectfully submitted,

*s/Michael W. Brewer*

**MICHAEL W. BREWER, OBA # 11769**
**HILTGEN & BREWER, P.C.**
9505 North Kelley Avenue
Oklahoma City, OK 73131
Telephone: (405) 605-9000
Facsimile: (405) 605-9010
**ATTORNEYS FOR DEFENDANT DICK'S SPORTING GOOD'S**

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on September 18, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rusty Smith, OBA # 19575 to rsmith@muskogeelawyers.com

*s/Michael W. Brewer*